UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.  CLAUDIA GUTIERREZ,**

    Defendant.

## ORDER

Based on Kenneth F. Eichner's failure to appear at the status conference and motion hearing on December 8, 2010, Mr. Eichner is **ORDERED** to pay $100.00 to a charity of his choice.  Mr. Eichner shall submit a receipt to the Court showing such payment by January 4, 2010.  Accordingly, the Order to Show Cause dated December 8, 2010 is hereby discharged.

    Dated:  December 15, 2010

                                  BY THE COURT:

                                  <u>s/ Wiley Y. Daniel</u>
                                  Wiley Y. Daniel
                                  Chief United States District Judge