UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  10-cr-00454-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**5.  CLAUDIA GUTIERREZ**, et al.,

    Defendants.

## MINUTE ORDER

ORDER ENTERED BY CHIEF JUDGE WILEY Y. DANIEL

    The Sentencing hearing set for Thursday, October 13, 2011, at 9:00 a.m. is **VACATED** due to the Government's failure to comply with the Minute Order dated June 10, 2011 [ECF No. 192] by failing to file a timely Motion for Downward Departure.

    The hearing is reset for **Monday, October 31, 2011 at 3:00pm in Courtroom A-1002.**

    Dated: October 11, 2011.