**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
CHIEF JUDGE WILEY Y. DANIEL**

| | | | |
|---|---|---|---|
| Date: | December 15, 2011 | Probation: | Patrick Lynch and |
| Courtroom Deputy: | Robert R. Keech | | Kurt Thoene |
| E.C.R./Reporter: | Therese Lindblom | Interpreter: | N/A |

Criminal Case No:  **10-cr-00454-WYD**          Counsel:

UNITED STATES OF AMERICA,                     Colleen Covell

       Plaintiff,

v.

**5.  CLAUDIA GUTIERREZ**,                     Kenneth F. Eichner

       Defendant.

**SENTENCING**

**10:10 a.m.**     Court in Session - Defendant present (on-bond)

       **Change of Plea Hearing - Friday, June 10, 2011, at 10:00 a.m.
       Plea of Guilty - count one of Indictment**

       APPEARANCES OF COUNSEL.

       Court's opening remarks.

10:12 a.m.     Statement and argument on behalf of Defendant (Mr. Eichner).

10:25 a.m.     Statement and argument on behalf of Government (Ms. Covell).

10:27 a.m.     Statement on behalf of Probation (Mr. Thoene).

10:34 a.m.     Statement and argument on behalf of Defendant (Mr. Eichner).

10:41 a.m.     Statement on behalf of Defendant by Patricia Dowell.

| | |
|---|---|
| 10:44 a.m. | Statement on behalf of Defendant by her father, Guillermo Gutierrez. |
| 10:49 a.m. | Statement by Defendant on her own behalf (Ms. Gutierrez). |
| **11:03 a.m.** | Court in Recess |
| **11:44 a.m.** | Court in Session |
| | Court makes findings. |
| **ORDERED:** | Government's Motion Pursuant to 18 U.S.C. §3553(e) and §5k1.1 for Downward Departure Based on Substantial Assistance and for Three Level Reduction in Base Offense Level (ECF Doc. #302), filed October 11, 2011, is **GRANTED.** |
| **ORDERED:** | Defendant's Motion for Non-Guideline Sentence Pursuant to 18 U.S.C. 553(a) (ECF Doc. #335), filed November 18, 2011, is **DENIED AS MOOT.** |
| **ORDERED:** | Defendant be **imprisoned** for **12** months and **1** day. |
| **ORDERED:** | Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **4** years. |
| **ORDERED:** | **Conditions** of **Supervised Release** are: |
| (X) | Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released. |
| (X) | Defendant shall not commit another federal, state or local crime. |
| (X) | Defendant shall not possess a firearm as defined in 18 U.S.C. § 921. |
| (X) | Defendant shall comply with standard conditions adopted by the Court. |
| (X) | Defendant shall not unlawfully possess a controlled substance. |
| (X) | The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance. |
| (X) | The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer. |

**ORDERED:**   **Special Condition(s)** of **Supervised Release** are:

(X)   The defendant shall be placed on home detention for a period of **12 months**, to commence within 21 days of **release from imprisonment.** During this time, the defendant shall remain at her place of residence except for employment and other activities approved in advance by the probation officer. The defendant shall maintain a telephone at her place of residence without any special services, modems, answering machines, or cordless telephone for the above period. The defendant shall wear an electronic device and shall observe the rules specified by the Probation Department. The defendant will be required to pay the cost of electronic monitoring as directed by the probation officer.

(X)   Defendant shall participate in and successfully complete a program of testing and treatment for substance abuse as directed by the probation officer. Defendant shall abstain from the use of alcohol or other intoxicants during the course of treatment. Defendant will be required to pay the cost of treatment as directed by probation.

**ORDERED:**   Defendant shall pay **$100.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately.

**ORDERED:**   **No fine** is imposed because defendant has no ability to pay a fine, cost of incarceration or supervision.

**ORDERED:**   Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within fourteen (14) days. Defendant advised of right to appeal in forma pauperis.

**ORDERED:**   Defendant may surrender voluntarily as follows: **Report to the designated institution on or before Monday, March 12, 2012, at 12:00 noon.**

**ORDERED:**   Government's Motion to Dismiss Remaining Counts (ECF Doc. #324), filed October 31, 2011, is **GRANTED.**

Order is **APPROVED BY THE COURT.**

The court finds that defendant **is not** likely to flee or be a danger to self or others and it is **ORDERED**: **BOND CONTINUED.**

**11:58 a.m.**   Court in Recess - HEARING CONCLUDED.

**TOTAL TIME:   1:07**