IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 10-cr-00454-WYD

UNITED STATES OF AMERICA,

       Plaintiff,

v.

5.  CLAUDIA GUTIERREZ,

       Defendant.

## ORDER

THE COURT upon review of Government's Motion to Dismiss Remaining Counts against the defendant CLAUDIA GUTIERREZ only, and finding good cause contained therein, it is hereby

ORDERED that Government's Motion to Dismiss Remaining Counts (ECF Doc. #324), filed October 31, 2011, is **GRANTED.** It is further

ORDERED that the above-captioned Indictment is dismissed with prejudice as to defendant CLAUDIA GUTIERREZ only.

Dated:  December 15, 2011.

       BY THE COURT:


       s/ Wiley Y. Daniel
       WILEY Y. DANIEL,
       CHIEF UNITED STATES DISTRICT JUDGE